IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARCUS ANTONIO JONES, #203884 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-cv-200-WKW |
| | ) | (WO) |
| BILLIE MITCHEM, WARDEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The objection filed by the petitioner on October 19, 2006 (Doc. # 26) is overruled;

(2) The recommendation of the United States Magistrate Judge entered on October 3, 2006 (Doc. # 25) is adopted;

(3) The petition for habeas corpus relief filed by Petitioner Marcus Jones is DENIED; and

(4) The above-styled case is DISMISSED with prejudice.

An appropriate judgment shall be entered.

DONE this 26th day of October, 2006.

                                                /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE