IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS ANTONIO JONES, #203884 )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BILLIE MITCHEM, WARDEN, *et al.*, )<br>)<br>Respondents. ) | CASE NO. 1:05-cv-200-WKW<br>(WO) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that:

1. The petition for habeas corpus relief filed by Marcus Jones is DENIED.

2. The above-styled case is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 26th day of October, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE